[No. 17394-8-II. Division Two. December 8, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. MARJORIE MAE FRANKLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-1-00108-5, Milton R. Cox, J., entered July 15, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Houghton, JJ.

[No. 31247-2-I. Division One. December 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT MOTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00622-3, Michael J. Fox, J., entered July 31, 1992. *Reversed* by unpublished opinion per Grosse, J., concurred in by Baker, C.J., Pekelis, J. Pro Tem., dissenting.

[No. 31870-5-I. Division One. December 11, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ALLEN ROBERT RICHMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-05318-3, Laura Inveen, J., entered November 17, 1992 and February 14, 1994. *Affirmed* by unpublished opinion per Agid, J., concurred in by Kennedy, A.C.J., and Webster, J.

[No. 33013-6-I. Division One. December 11, 1995.]

LYNNE A.C. TASKER, *Respondent*, v. MICHAEL K. TASKER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 88-3-01145-3, Richard J. Thorpe, J., entered June 4, 1993. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Baker, C.J., and Coleman, J.